UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BALGOVIND SHARMA and VANDANA
SHARMA,

                          Plaintiffs,

-against-

AMERICAN AIRLINES, INC.,

                          Defendant.
------------------------------------------------------------X

Docket No. 08 Civ. 996 (SAS)

**NOTICE OF APPEARANCE**

**TO ALL COUNSEL :**

      **PLEASE TAKE NOTICE**, that Gallagher Gosseen Faller & Crowley, located at 1010 Franklin Avenue, Suite 400, Garden City, New York 11530-2927 have been retained as counsel for the American Airlines, Inc., in the above-referenced action. Copies of all papers in this action should be served upon the undersigned.

Dated:     Garden City, New York
             March 19, 2008

                                            **GALLAGHER GOSSEEN**
                                            **FALLER & CROWLEY**

                                            By: _____
                                            **MICHAEL J. CROWLEY (MC-2821)**
                                            A Member of the Firm
                                     Attorneys for the Defendant
                                     **AMERICAN AIRLINES, INC.**
                                     1010 Franklin Avenue, Suite 400
                                     Garden City, NY 11530-2927
                                     (516) 742-2500

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NASSAU    )

Kristin Cooper, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Glen Oaks, New York.

On March 19, 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

> David C. Cook, Esq.
> **KREINDLER & KREINDLER LLP**
> 100 Park Avenue
> New York, New York 10017

being the addresses designated by said attorneys/parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Kristin Cooper

Sworn to before me this
19th day of March, 2008.

_____
Notary Public

BARBARA G. FERRARA
Notary Public, State of New York
No. 01FE5057085
Qualified in Nassau County
Commission Expires 3/18/2010