UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BALGOVIND SHARMA and VANDANA
SHARMA,                                                    Docket No.  08 Civ. 996 (SAS)

                                    Plaintiffs,                **ANSWER OF
                                                            AMERICAN AIRLINES, INC.**

            -against-

AMERICAN AIRLINES, INC.,

                                    Defendant.
-------------------------------------------------------------X

        The defendant, American Airlines, Inc., ("American") by its attorneys, Gallagher Gosseen

Faller & Crowley, answering the plaintiffs' Complaint herein states as follows:

### AS TO JURISDICTION AND VENUE

        **FIRST:**  Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in the paragraphs of the Complaint designated "1", "3", and "4".

### AS TO GENERAL ALLEGATIONS

        **SECOND:**  Denies knowledge or information sufficient to form a belief as to the truth of

the allegations contained in the paragraphs of the Complaint designated "6", "7", and "8".

### AS TO PLAINTIFF BALGOVINDA SHARMA'S CLAIMS
### FOR NEGLIGENCE AGAINST AMERICAN

        **THIRD:**  Repeats and reiterates each and every one of the foregoing admissions and

denials made in response to the paragraphs of the Complaint referred to in the paragraphs

designated "1" through "8" with the same force and effect as if set forth herein at length.

        **FOURTH:**  Denies each and every allegation contained in the paragraph of the

Complaint designated "10" and refers all questions of law to the Court.

**FIFTH:**  Denies each and every allegation contained in the paragraph of the Complaint designated "11", "12" and "13".

## AS TO PLAINTIFF VANDANA SHARMA'S
## CLAIMS AGAINST AMERICAN

**SIXTH:**  Repeats and reiterates each and every one of the foregoing admissions and denials made in response to the paragraphs of the Complaint referred to in the paragraphs designated "10" through "13" with the same force and effect as if set forth herein at length.

**SEVENTH:**  Denies each and every allegation contained in the paragraph of the Complaint designated "15", and "16".

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

**EIGHTH:**  The injuries and damages allegedly sustained by the plaintiff, Balgovinda Sharma were caused solely by the plaintiff's own culpable and negligent conduct and were not caused nor contributed to by reason of any negligence or other omission or act on the part of the defendant, American Airlines, Inc.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

**NINTH:**  All or part of the damages allegedly sustained by the plaintiff Balgovinda Sharma were caused solely by his culpable conduct through his negligence and careless acts or omissions and his damages, if any, should be diminished in accordance with the degree of culpability and fault attributed to him.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

**TENTH:**  Upon information and belief, any past or future costs, expenses or damages

incurred or which will be incurred by the plaintiffs as alleged in the Complaint, has been or will

be, with reasonable certainty, replaced or indemnified in whole or in part from a collateral source

as that term is defined in Section 4545(c) of the New York Civil Practice Law and Rules.  By

reason of the foregoing, if any damages are recoverable against American the amount of any such

damages must be diminished by the amount of the reimbursement or indemnification which

plaintiffs have or shall receive from such collateral source.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

**ELEVENTH:**  The damages sustained by the plaintiffs, if any, were caused by the

negligence and carelessness of some third person over whom the defendant, American, had

neither control nor responsibility.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

**TWELFTH:**  The injuries and damages sustained by the plaintiffs, if any, were the

result of an Act of God for which defendant, American, was not and is not responsible and was

not caused or contributed to by the acts or omissions of defendant, American Airlines, in any

way.

## AS AND FOR SIXTH AFFIRMATIVE DEFENSE

**THIRTEENTH:** All limitations of liability made available by Article 16 of New York's C.P.L.R. may apply to this defendant.

**WHEREFORE**, the defendant, American demands judgment dismissing the Complaint, together with the costs, disbursements and attorneys fees herein, together with such other and further relief as to this Court may seem just and proper.

GALLAGHER GOSSEEN
FALLER & CROWLEY

By: _____
MICHAEL J. CROWLEY (MC-2821)
A Member of the Firm
Attorneys for the Defendant
**AMERICAN AIRLINES, INC.**
1010 Franklin Avenue, Suite 400
Garden City, NY 11530-2927
(516) 742-2500

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

Cathleen M. Hohil, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Valley Stream, New York.

On March 18, 2008,  deponent served the within **ANSWER OF AMERICAN AIRLINES, INC.** upon:

David C. Cook, Esq.
**KREINDLER & KREINDLER LLP**
100 Park Avenue
New York, New York 10017

being the addresses designated by said attorneys/parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Cathleen M. Hohil

Sworn to before me this
18th day of March, 2008.

_____
Notary Public

BARBARA G. FERRARA
Notary Public, State of New York
No. 01FE5057085
Qualified in Nassau County
Commission Expires ___3/18/2010___

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

*BALGOVIND SHARMA and VANDANA SHARMA,*

*Plaintiffs,*

*-against-*

*AMERICAN AIRLINES, INC.,*

*Defendant.*

*ANSWER OF AMERICAN AIRLINES, INC.*

*GALLAGHER GOSSEEN FALLER & CROWLEY*
*Attorneys at Law*

*Attorneys for Defendant*
*AMERICAN AIRLINES, INC.*

*Office and Post Office Address, Telephone*
*1010 Franklin Avenue*
*Suite 400*
*Garden City, New York 11530*
*(516) 742-2500*
*Fax: (516) 742-2516*