**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

*Sharma*

          **Plaintiff,**  :

- against -  :

*American Airlines* :

          **Defendant(s).**  :

------------------------------X

DOC #
DATE FILED 3/20/08

**SCHEDULING ORDER**

08 Civ. *996* (SAS)

**Conference Date:**
MAR. 20, 2008

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;

*March 20, 2008*

(2) a concise statement of the issues as they then appear;

*Parties contest liability & the nature & extent of injuries*

(3) a schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions; *— end of July*
*43 yr. /M ER-computer CO*
*At present the parties and at least one passenger non-party as well EMS attendants who treated Pl at Lake in Austin Tx / DOA - 4/28/06*

(b) a schedule for the production of documents;
*Pending demands both parties to provide documents w/in 3 days*

*Rule 26 disclosure March 31, April 18 doc demand response May 11*

(c) dates by which (i) each expert's reports will be supplied to the adverse side and *July 15, 2008* *Aug 15, 2008*
(ii) each expert's deposition will be completed; *Sept 30, 2008*

(d) time when discovery is to be completed; ~~Nov 15, 2008~~ *Sept. 30, 2008*

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

~~Jan 15, 2009~~ *10/14*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

~~Feb 15, 2009~~   10/28/08

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____Aug 7 at 4:30_____
(leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

Weather
Flight Operations

(7) anticipated length of trial and whether to court or jury;

8 Days

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.   3/20/08

David C Cook
atty for PL
Kreindler & Kreindler LLP
100 Park Ave, NY NY 10017
212-687-8181

Michael J. Crowley
atty for defendant
Gallagher Gosseen Faller & Crowley