AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

BALGOVIND SHARMA AND VANDANA SHARMA

                        Plaintiffs,

-against-

AMERICAN AIRLINES, INC.

                 Defendants.

**APPEARANCE**

Case Number: 08 CV 00996

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs, Balgowind Sharma and Vandana Sharma

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/8/2008 | *(signature)* |
| Date | Signature |
| | David C. Cook, Esq      DC-2510 |
| | Print Name      Bar Number |
| | 100 Park Avenue |
| | Address |
| | New York     New York     10017 |
| | City     State     Zip Code |
| | (212) 973-3444     (212) 972-9432 |
| | Phone Number     Fax Number |