UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X   08-CV-00996 (SAS)(MHD)

BALGOVIND SHARMA and VANDANA SHARMA,

                     Plaintiffs,        ~~PROPOSED~~

  - against -                              **SCHEDULING ORDER**

AMERICAN AIRLINES, INC.,

                     Defendant.

------------------------------------------------------------X

The Scheduling Order entered on March 21, 2008 is hereby modified and amended as follows:

Experts' depositions to be completed by September 30, 2008 are adjourned and shall be completed by November 15, 2008. All discovery due by September 30, 2008 and not yet completed shall be concluded by November 15 2008. Pre-trial Order together with trial briefs and proposed voi dire questions and proposed jury instructions, originally due October 28, 2008 are adjourned until November 30, 2008

Final pre-trial conference presently scheduled for August 7, 2008 is adjourned to October 28, 2008 at 4:30 p.m. before Judge Shira A. Scheindlin. The anticipated length of the trial is eight days.

IT IS SO ORDERED, this 5 day of August, 2008.

Hon. Shira A. Scheindlin