```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
BALGOVIND SHARMA, et al.,
                                     :
              Plaintiffs,                        ORDER
                                     :
        -against-                        08 Civ. 0996 (SAS)(MHD)
                                     :
AMERICAN AIRLINES, INC.              :

              Defendant.             :
-------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

**ORDERED** that a settlement conference has been rescheduled in the above-captioned action for **MONDAY, OCTOBER 27, 2008 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 7, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

David Charles Cook, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

William O'Neil Angelley, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

Michael J. Crowley, Esq.
Gallagher Gosseen Faller & Crowley
1010 Franklin Avenue, Suite 400
Garden City, NY 11530