```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BALGOVIND SHARMA, et al.,           :
              Plaintiffs,           :      ORDER
                                    :
         -against-                  :      08 Civ. 0996 (SAS)(MHD)
                                    :
AMERICAN AIRLINES, INC.             :
              Defendant.            :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that the settlement conference originally scheduled in the above-captioned action for **TUESDAY, MAY 12, 2009 at 2:00 P.M.** has been rescheduled for **MONDAY, JUNE 22, 2009 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other**

**about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to attend the conference.

Dated: **New York, New York**
       **May 11, 2009**

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed today to:

David Charles Cook, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

Michael J. Crowley, Esq.
Gallagher Gosseen Faller & Crowley
1010 Franklin Avenue, Suite 400
Garden City, NY 11530